# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GARY S. MYERS,<br><br>  Plaintiff,<br><br>(1) ZURICH AMERICAN INSURANCE COMPANY,<br><br>  Intervenor,<br><br>  v.<br><br>(1) AMANPREET S. BHULLAR, individually; and<br>(2) BHULLAR TRANSPORTATION,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 20-CV-00864-PRW-STE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S FINAL WITNESS AND EXHIBIT LIST

**COMES NOW**, Plaintiff, Gary S. Myers, through his counsel of record, Larry E. Finn of Parrish DeVaughn, PLLC, and submits his Final Witness and Exhibit List. Plaintiff reserves the right to supplement this Witness and Exhibits List as discovery is ongoing.

## WITNESSES

| No. | Witness | Testimony |
|---|---|---|
| 1. | *Gary Myers*<br>c/o Parrish DeVaughn, PLLC<br>7 S. Mickey Mantle, 2nd Floor<br>Oklahoma City, OK 73104<br>405-999-9000 | Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 2. | *Bonnie Myers*<br>c/o Parrish DeVaughn, PLLC<br>7 S. Mickey Mantle, 2nd Floor<br>Oklahoma City, OK 73104<br>405-999-9000 | Plaintiff's wife. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 3. | *Christopher Wyatt*<br>580-716-1890 | Plaintiff's prior supervisor. Testimony concerning medical treatment, injuries, and |

| No. | Witness | Testimony |
|---|---|---|
|  |  | impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 4. | *Amber Prince*<br>580-348-0095 | Plaintiff's daughter. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 5. | *Gary Myers, Jr.*<br>580-307-2409 | Plaintiff's son. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 6. | *Darrell Hand*<br>580-491-3121 | Plaintiff's past co-worker. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 7. | *Sergio Rodriguez*<br>14125 S Pass Road<br>Balch Springs, TX 75181<br>214-686-9279 | Testimony concerning facts surrounding the subject collision or otherwise as deposed. |
| 8. | *Amanpreet Bhullar*<br>c/o DeWitt Paruolo & Meek<br>PO Box 138800<br>Oklahoma City, OK 73113<br>405-705-3600 | Testimony concerning facts surrounding the subject collision or otherwise as deposed. |
| 9. | *Corporate Representative(s) of Bhullar Transportation*<br>c/o DeWitt Paruolo & Meek<br>PO Box 138800<br>Oklahoma City, OK 73113<br>405-705-3600 | Testimony concerning facts surrounding the subject collision or otherwise as deposed. |
| 10. | *Officer Heather Green*<br>*Badge No. 901*<br>Oklahoma Highway Patrol<br>220 NE 38th Terrace<br>Oklahoma City, OK 73105<br>405-425-2192 | Testimony concerning investigation of collision. |

| No. | Witness | Testimony |
|---|---|---|
| 11. | *Randall Hendricks, MD*<br>Advanced Orthopedics of OK<br>6585 S Yale Avenue<br>Tulsa, OK 74136<br>918-481-2767 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 12. | *Chris Degner, MD*<br>Servant Medical Imaging<br>1909 W 6th Avenue, Suite A<br>Stillwater, OK 74074<br>405-743-0845 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 13. | *Randall Wallace, PT*<br>Function Assessment Center<br>13401 Railway Drive<br>Oklahoma City, OK 73114<br>405-879-6766 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 14. | *Ralph Noah, MD*<br>Oklahoma Surgical Hospital<br>2408 E 81st Street, Suite 300<br>Tulsa, OK 74137<br>918-477-5060 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 15. | *Randall Hendricks, MD*<br>Advanced Orthopedic of OK<br>6585 S Yale Avenue<br>Tulsa, OK 74136<br>918-481-2767 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 16. | *Scott Stubbs, MD*<br>Ortho Oklahoma<br>511 Windsor Drive<br>Stillwater, OK 74074<br>405-707-0900 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 17. | *Karen Webster, PA-C*<br>Access Medical Center Stillwater<br>275 S Perkins Road<br>Stillwater, OK 74074<br>405-334-5272 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 18. | *Jeffrey Nees, MD*<br>OSSO<br>3110 SW 89th Street, Suite 200E<br>Oklahoma City, OK 73159<br>405-486-6720 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |

| No. | Witness | Testimony |
|---|---|---|
| 19. | *Luke Chambless, MD*<br>HPI Community Hospital<br>3100 SW 89th Street<br>Oklahoma City, OK 73159<br>405-602-8100 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 20. | *Huma Haider, MD*<br>National Brain Injury Institute<br>6065 Hillcroft Street, Suite 202<br>Houston, TX 77081 | Expert testimony concerning Plaintiff's life care plan, past and future medical expenses, treatment and injuries, past and future loss of income, or otherwise as deposed. |
| 21. | *Nik Volkov, Ph.D., CVA, MAFF*<br>3435 River Ferry Drive<br>Johns Creek, GA 30022<br>470-231-9989 | Expert testimony concerning Plaintiff's economic loss report, and the impact of this collision on Plaintiff's past and future loss of income, or otherwise as deposed. |
| 22. | Records custodians necessary to authenticate records. | |
| 23. | All witnesses listed by Defendant and not otherwise objected to by Plaintiff. | |

## EXHIBITS

| No. | Title/Description |
|---|---|
| 1. | Medical records from Access Medical Center. |
| 2. | Medical records from Stillwater Medical Center. |
| 3. | Medical records from Touchstone Imaging of Stillwater. |
| 4. | Medical records from Northern Therapy and Rehab. |
| 5. | Medical records from Advanced Orthopedics of Oklahoma. |
| 6. | Medical records from Oklahoma Surgical Hospital. |
| 7. | Medical records from Community Hospital. |
| 8. | Medical records from OSSO. |
| 9. | Medical records from Functional Assessment Centers of Oklahoma. |
| 10. | Life care plan from National Brain Injury Institute. |
| 11. | Economic Loss Report from Nik Volkov, PhD, CVA, MAFF. |
| 12. | Oklahoma Highway Patrol (12a) Accident Report & Event Detail, and (12b) Dashcam footage. |
| 13. | Subrogation statement from Zurich American Insurance. |
| 14. | Loss of income documentation. |
| 15. | Property damage photographs. |
| 16. | Driver's license photographs. |
| 17. | Vocational assessment from Roy Katzen, MS, CRC. |
| 18. | Social security disability file. |
| 19. | Documents obtained in discovery from Plaintiff and Defendant. |
| 20. | All exhibits listed by Defendant not otherwise objected to by Plaintiff. |

Respectfully Submitted,

_____
Larry E. Finn, OBA 31551
PARRISH DEVAUGHN, PLLC
7 S. Mickey Mantle Drive, 2nd Floor
Oklahoma City, OK 73104
405-444-4444 (p)
405-232-0058 (f)
Larry@parrishdevaughn.com
*Attorney for Plaintiff*

5

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 31st day of May, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| L. Grant Gibson OBA 33513<br>Derrick T. DeWitt, OBA 18044<br>L. Grant Gibson, OBA 33513<br>DEWITT PARUOLO & MEEK<br>P.O. Box 138800<br>Oklahoma City, OK 73113<br>405-705-3600<br>405-705-2573 (f)<br>dewitt@46legal.com<br>ggibson@46legal.com<br>***Attorneys for Defendant Amanpreet S. Bhullar and Bhullar Transportation*** | William T. McKee, OBA 15305<br>RHODES, HIERONYMUS, JONES,<br>TUCKER & GABLE<br>P.O. Box 21100<br>Tulsa, OK 74121-1100<br>918-582-1173<br>918-592-3390 (f)<br>bmckee@rhodesokla.com<br>***Attorneys for Intervenor Zurich American Insurance Company*** |

_____
Larry E. Finn