IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GARY S. MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| (1) ZURICH AMERICAN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Intervenor, ) | |
| ) | |
| v. ) | No. 20-CV-00864-PRW-STE |
| ) | |
| (1) AMANPREET S. BHULLAR, ) | |
| individually, and ) | |
| (2) BHULLAR TRANSPORTATION, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS AMANPREET S. BHULLAR AND BHULLAR TRANSPORTATION'S FINAL WITNESS AND EXHIBIT LIST**

Defendants Amanpreet S. Bhullar and Bhullar Transportation, through their counsel of record, L. Grant Gibson of DeWitt Paruolo & Meek, PLLC, hereby submits their Final Witness and Exhibit List. Defendants reserve the right to supplement this Witness and Exhibit List as discovery is ongoing.

| No. | Witness | Testimony |
|---|---|---|
| 1. | Gary S. Myers<br>c/o Parrish DeVaughn, PLLC<br>7 S. Micky Mantle, 2nd Floor<br>Oklahoma City, OK 73104<br>405-999-9000 | Deposed. |
| 2. | Amanpreet S. Bhullar<br>c/o DeWitt Paruolo & Meek<br>P.O. Box 138800<br>Oklahoma City, OK 73113<br>405-705-3600 | Deposed. |

| | | |
|---|---|---|
| 3. | Sergio Rodriquez<br>14125 S Pass Road<br>Balch Springs, TX 75181<br>214-686-9279 | Testimony regarding the facts and circumstances of the accident at issue or otherwise as deposed. |
| 4. | Trooper Heater Green<br>Badge No. 901<br>Oklahoma Highway Patrol<br>220 NE 38th Terrace<br>Oklahoma Cit, OK 73105<br>405-425-2192 | Testimony regarding investigation of the accident at issue. |
| 5. | Randall Hendricks, MD<br>Advanced Orthopedics of OK<br>6585 S. Yale Avenue<br>Tulsa, OK 74136<br>918-481-2767 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 6. | Karen Webster, PA-C<br>Access Medical Center Stillwater<br>275 S Perkins Road<br>Stillwater, OK 74074<br>405-334-5272 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 7. | Scott Stubbs, MD<br>Ortho Oklahoma<br>511 Windsor Drive<br>Stillwater, OK 74074<br>405-707-0900 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 8. | Luke Chambless, MD<br>HPI Community Hospital<br>3100 SW 89th Street<br>Oklahoma City, OK 73159<br>405-602-8100 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 9. | Ralph Noah, MD<br>Oklahoma Surgical Hospital<br>2408 E. 81st Street, Ste. 300<br>Tulsa, OK 74137<br>918-477-5060 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 10. | Randall Wallace, PT<br>Functional Assessment Center<br>13401 Railway Dr. | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy |

|  | | |
|---|---|---|
|  | Oklahoma City, OK 73114<br>405-879-6766 | and/or medical imaging of Plaintiff, after the subject incident. |
| 11. | Jeffery Neese, MD<br>OSSO<br>3110 SW 89th Street, Ste. 200E<br>Oklahoma City, OK 73159<br>405-486-6720 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 12. | Chris Denger, MD<br>Servant Medical Imaging<br>1909 W. 6th Ave, Ste. A<br>Stillwater, OK 74074<br>405-743-0845 | Facts, findings, and impressions of medical examination(s), medical consultation(s), medical treatment, rehabilitative therapy and/or medical imaging of Plaintiff, after the subject incident. |
| 13. | Stephen Conner, MD<br>Arcadia Medical Group<br>105 S. Bryant Ave., Ste. 310<br>Edmond, OK 73034<br>405-757-5211 | Expert testimony regarding the nature, causation, reasonableness and prognosis of Plaintiff's claimed injuries. |
| 14. | Kathy Bottroff, M.S., C.R.C., L.P.C<br>Pros and Associates, Inc.<br>1901 N. Moore Ave.<br>Moore, OK 73160<br>405-948-7767 | Expert testimony regarding Plaintiff's life care plan, past and future medical expenses, treatment and injuries, past and future loss of income, or otherwise as deposed. |
| 15. | Records custodians necessary to authenticate records. | |
| 16. | All witnesses listed by Plaintiff and/or Intervenor and not otherwise objected to by Defendants. | |

## EXHIBITS

| No. | Title/Description |
|---|---|
| 1. | Medical records from Access Medical Center. |
| 2. | Medical records from Stillwater Medical Center. |
| 3. | Medical records from Servant Medical Imaging a/k/a Touchstone Imaging of Stillwater. |
| 4. | Medical records of Advanced Orthopedics of Oklahoma. |
| 5. | Medical records from Oklahoma Surgical Hospital. |
| 6. | Medical records from OSSO. |
| 7. | Medical records from HPI Community Hospital. |
| 8. | Medical records from Diagnostic Imaging Associates. |

| | |
|---|---|
| 9. | Medical records from Functional Assessment Centers. |
| 10. | Medical records from Ortho Oklahoma. |
| 11. | Expert report from Dr. Stephen Conner – (BHULLAR TRANSPORTATION 0171-0177). |
| 12. | Expert report from Kathy Bottroff – (BHULLAR TRANSPORTATION 0205-0207). |
| 13. | Subrogation statement/lien from Intervenor Zurich American Insurance. |
| 14. | Photographs of the scene of the accident. |
| 15. | Official Oklahoma Traffic Collision Report – (BHULLAR TRANSPORTATION 0001-0008). |
| 16. | Social Security Disability File. |
| 17. | Amanpreet S. Bhullar's Employee File – (BHULLAR TRANSPORTATION 0009-0050). |
| 18. | Amanpreet S. Bhullar's Driver's Daily Logs – (BHULLAR TRANSPORTATION 0159-0161; 0168-0170). |
| 19. | Plaintiff's Workers' Compensation File. CM-2018-2447 |
| 20. | Documents obtained in discovery from Plaintiff, Intervenor and Defendants. |
| 21. | All exhibits listed by Plaintiff and/or Intervenor not otherwise objected to by Defendants. |

Respectfully submitted,

s/L. Grant Gibson
Derrick T. DeWitt, OBA #18044
L. Grant Gibson, OBA #33513
DeWitt Paruolo & Meek
P.O. Box 138800
Oklahoma City, OK 73113
T: (405) 705-3600
F: (405) 705-2573
dewitt@46legal.com
ggibson@46legal.com
***Attorneys for Defendant Amanpreet S. Bhullar and Bhullar Transportation***

**CERTIFICATE OF SERVICE**

      This is to certify that on the __ day of June, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Nathan D. Rex, OBA #31694<br>Larry E. Finn, OBA #31551<br>Parrish DeVaughn, PLLC<br>7 S. Mickey Mantle, 2nd Floor<br>Oklahoma City, OK 73104<br>T: (405) 999-9000<br>F: (405) 232-0058<br>nate@parrishdevaughn.com<br>***Attorney for Plaintiff*** | William T. McKee, OBA# 15305<br>bmckee@rhodesokla.com<br>RHODES, HIERONYMUS, JONES,<br>TUCKER & GABLE<br>P.O. Box 21100<br>Tulsa, OK 74121-1100<br>(918) 582-1173<br>(918) 592-3390 Facsimile<br>***Attorneys for Intervenor***<br>***Zurich American Insurance Company*** |

                                                s/L. Grant Gibson