**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) GARY S. MYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| (1) ZURICH AMERICAN INSURANCE COMPANY, | ) ) | |
| | ) | |
| Intervenor, | ) | |
| | ) | |
| v. | ) | No. 20-CV-00864-PRW-STE |
| | ) | |
| (1) AMANPREET S. BHULLAR, individually; and (2) BHULLAR TRANSPORTATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, Gary S. Myers, ("Plaintiff"), pursuant to Fed.R.Civ.P. 26(a)(1), provides the following initial disclosures based upon information reasonably available at this time. Plaintiff reserves all rights to supplement or correct these disclosures pursuant to Fed.R.Civ.P. 26(e).

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

| No. | Witness | Testimony |
|---|---|---|
| 1. | *Gary Myers* c/o Parrish DeVaughn, PLLC 7 S. Mickey Mantle, 2nd Floor Oklahoma City, OK 73104 405-999-9000 | Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 2. | *Bonnie Myers* c/o Parrish DeVaughn, PLLC 7 S. Mickey Mantle, 2nd Floor Oklahoma City, OK 73104 405-999-9000 | Plaintiff's wife. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 3. | *Christopher Wyatt* 580-716-1890 | Plaintiff's prior supervisor. Testimony concerning medical treatment, injuries, and |

| No. | Witness | Testimony |
|---|---|---|
|  |  | impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 4. | *Amber Prince* <br> 580-348-0095 | Plaintiff's daughter. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 5. | *Gary Myers, Jr.* <br> 580-307-2409 | Plaintiff's son. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 6. | *Darrell Hand* <br> 580-491-3121 | Plaintiff's past co-worker. Testimony concerning medical treatment, injuries, and impact of said injuries on Plaintiff's daily lifestyle and activities, as well as testimony regarding facts surrounding the subject collision, or otherwise as deposed. |
| 7. | *Sergio Rodriguez* <br> 14125 S Pass Road <br> Balch Springs, TX 75181 <br> 214-686-9279 | Testimony concerning facts surrounding the subject collision or otherwise as deposed. |
| 8. | *Amanpreet Bhullar* <br> c/o DeWitt Paruolo & Meek <br> PO Box 138800 <br> Oklahoma city, OK 73113 <br> 405-705-3600 | Testimony concerning facts surrounding the subject collision or otherwise as deposed. |
| 9. | *Corporate Representative(s) of Bhullar Transportation* <br> c/o DeWitt Paruolo & Meek <br> PO Box 138800 <br> Oklahoma city, OK 73113 <br> 405-705-3600 | Testimony concerning facts surrounding the subject collision or otherwise as deposed. |
| 10. | *Officer Heather Green* <br> *Badge No. 901* <br> Oklahoma Highway Patrol <br> 220 NE 38th Terrace <br> Oklahoma City, OK 73105 <br> 405-425-2192 | Testimony concerning investigation of collision. |
| 11. | *Randall Hendricks, MD* <br> Advanced Orthopedics of OK <br> 6585 S Yale Avenue | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |

| No. | Witness | Testimony |
|---|---|---|
|  | Tulsa, OK 74136<br>918-481-2767 |  |
| 12. | *Chris Degner, MD*<br>Servant Medical Imaging<br>1909 W 6th Avenue, Suite A<br>Stillwater, OK 74074<br>405-743-0845 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 13. | *Randall Wallace, PT*<br>Function Assessment Center<br>13401 Railway Drive<br>Oklahoma City, OK 73114<br>405-879-6766 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 14. | *Ralph Noah, MD*<br>Oklahoma Surgical Hospital<br>2408 E 81st Street, Suite 300<br>Tulsa, OK 74137<br>918-477-5060 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 15. | *Randall Hendricks, MD*<br>Advanced Orthopedics of OK<br>c/o Central States Orthopedic Specialists<br>6585 S Yale Avenue<br>Tulsa, OK 74136<br>918-481-2767 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 16. | *Scott Stubbs, MD*<br>Ortho Oklahoma<br>511 Windsor Drive<br>Stillwater, OK 74074<br>405-707-0900 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 17. | *Karen Webster, PA-C*<br>Access Medical Center Stillwater<br>275 S Perkins Road<br>Stillwater, OK 74074<br>405-334-5272 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 18. | *Jeffrey Nees, MD*<br>OSSO<br>3110 SW 89th Street, Suite 200E<br>Oklahoma City, OK 73159<br>405-486-6720 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |
| 19. | *Luke Chambless, MD*<br>HPI Community Hospital<br>3100 SW 89th Street<br>Oklahoma City, OK 73159<br>405-602-8100 | Testimony concerning causation, Plaintiff's past and future medical expenses, treatment, and injuries, or otherwise as deposed. |

| No. | Witness | Testimony |
|---|---|---|
| 20. | *Dr. Huma Haider*<br>National Brain Injury Institute<br>6065 Hillcroft Street, Suite 202<br>Houston, TX 77081 | Testimony concerning Plaintiff's life care plan, past and future medical expenses, treatment and injuries, past and future loss of income, or otherwise as deposed. |
| 21. | Records custodians necessary to authenticate records. ||
| 22. | All witnesses listed by Defendant and not otherwise objected to by Plaintiff. ||

**B.  A copy of, or description by category of all documents, data compilation, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

| No. | Title/Description |
|---|---|
| 1. | Medical records from Advanced Orthopedics of Oklahoma for dates of service 5/16/2018-2-3/2020. |
| 2. | Medical bills from Advanced Orthopedics of Oklahoma for dates of service 5/16/2018-2-3/2020. |
| 3. | Medical records from Stillwater Medical Center for dates of service 4/5/2018-5/10/2018. |
| 4. | Medical bills from Stillwater Medical Center for dates of service 4/5/2018-5/10/2018. |
| 5. | Medical records from Tulsa Integrated Pain Services for dates of service 6/20/2018-10/4/2018 (will supplement upon receipt). |
| 6. | Medical bills from Tulsa Integrated Pain Services for dates of service 6/20/2018-10/4/2018 (will supplement upon receipt). |
| 7. | Medical records from Community Hospital for dates of service 7/2/2020. |
| 8. | Medical bills from Community Hospital for dates of service 7/2/2020. |
| 9. | Medical records from Oklahoma Surgical Hospital for dates of service 6/20/2018-6/7/2019. |
| 10. | Medical bills from Oklahoma Surgical Hospital for dates of service 6/20/2018-6/7/2019. |
| 11. | Medical records from Functional Assessment Centers of Oklahoma for dates of service 8/30/2020. |
| 12. | Medical bills from Functional Assessment Centers of Oklahoma for dates of service 8/30/2020. |
| 13. | Medical records from Access Urgent Care for date of service 2/26/2018. |
| 14. | Medical bills from Access Urgent Care for date of service 2/26/2018. |
| 15. | Medical records from Touchstone Imaging of Stillwater for date of service 4/10/2018. |
| 16. | Medical bills from Touchstone Imaging of Stillwater for date of service 4/10/2018 (will supplement upon receipt). |
| 17. | Medical records from Northern Therapy and Rehab for dates of service 4/24/2018-6/29/2018. |
| 18. | Medical bills from Northern Therapy and Rehab for dates of service 4/24/2018-6/29/2018. |
| 19. | Medical records from OSSO for dates of service 6/18/2020-7/23/2020. |
| 20. | Medical bills from OSSO for dates of service 6/18/2020-7/23/2020 (will supplement upon receipt). |

| 21. | Medical records from HPI (will supplement upon receipt). |
|---|---|
| 22. | Medical bills from HPI (will supplement upon receipt). |
| 23. | Medical bills from South Central Emergency Services (will supplement upon receipt). |
| 24. | Medical bill from Diagnostic Imaging Associates for date of service 6/5/2019. |
| 25. | Medical records from Ortho Oklahoma. |
| 26. | Medical bills from Ortho Oklahoma. |
| 27. | Life care plan report from National Brain Injury Institute. |
| 28. | The Official Oklahoma Traffic Collision Report (a), video footage (b), 911 audio (c), and diagrams (d) from Oklahoma Highway Patrol regarding the subject incident (will supplement upon receipt). |
| 29. | Subrogation statement from Zurich American Insurance Company regarding Plaintiff's worker's compensation claim for the subject incident. |
| 30. | Plaintiff reserves the right to supplement any exhibits identified through discovery. |
| 31. | Plaintiff reserves the right to introduce any exhibits listed by Defendants, and not objected to by Plaintiff. |

To the extent that Plaintiff identifies responsive exhibits as discovery proceeds in this matter, Defendant will timely supplement its disclosures.

**C. A computation of any category or damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff is claiming all damages allowed pursuant to Oklahoma law, including, but not limited to:

   a. Physical pain and suffering, past and future;
   b. Mental pain and suffering, past and future;
   c. Plaintiff's physical condition immediately before and after the accident;
   d. The nature and extent of Plaintiff's injuries;
   e. Whether the injuries are permanent;
   f. Physical impairment;
   g. Loss of income, past and future;
   h. Impairment of earning capacity;
   i. The reasonable expenses of the necessary medical care, treatment, and services, past and future.

Plaintiff asserts that a jury of his peers will determine the extent of his damages for the following categories: physical pain and suffering, past and future; mental pain and suffering, past and future; Plaintiff's physical condition immediately before and after the accident; the nature and extent of Plaintiff's injuries; the permanency of Plaintiff's injuries; Plaintiff's physical impairment; impairment of earning capacity; the reasonable expenses of the necessary future medical care, treatment, and services. Regarding the reasonable expenses of the necessary past and estimated future medical care, treatment, and services, an itemization is provided below:

| Provider | Date(s) of Service | Amount |
|---|---|---|
| Access Medical Center | 02/26/2018 | $1,680.00 |
| Stillwater Medical Center | 04/05/2018-05/10/2018 | $532.00 |
| Northern Therapy & Rehab | 04/24/2018-06/29/2018 | $8,765.00 |
| Tulsa Integrated Pain Services | 06/20/2018-10/04/2018 | $2,640.00 |
| Oklahoma Surgical Hospital | 06/20/2018-06/07/2019 | $171,055.23 |
| Advanced Orthopedics of OK | 05/16/2018-02/03/2020 | $83,777.04 |
| Diagnostic Imaging Associates | 06/05/2019 | $169.00 |
| Functional Assessment Centers of OK | 08/03/2020 | $868.00 |
| Community Hospital | 07/02/2020 | $5,306.80 |
| OSSO | TBD | TBD |
| South Central Emergency Services | TBD | TBD |
| HPI | TBD | TBD |
| National Brain Injury Institute | LIFE CARE PLAN | $1,734,991.95 |
| | *Total Past and Future:* | *$2,009,785.02* |

Plaintiff reserves the right to supplement these initial disclosures as discovery proceeds.

**D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy judgment.**

Not applicable.

Respectfully Submitted,

_____
Larry E. Finn, OBA 31551
PARRISH DEVAUGHN, PLLC
7 S. Mickey Mantle Drive, 2nd Floor
Oklahoma City, OK 73104
405-444-4444 (p)
405-232-0058 (f)
Larry@parrishdevaughn.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of October, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| L. Grant Gibson OBA 33513<br>Derrick T. DeWitt, OBA 18044<br>L. Grant Gibson, OBA 33513<br>DEWITT PARUOLO & MEEK<br>P.O. Box 138800<br>Oklahoma City, OK 73113<br>405-705-3600<br>405-705-2573 (f)<br>dewitt@46legal.com<br>ggibson@46legal.com<br>***Attorneys for Defendant Amanpreet S. Bhullar and Bhullar Transportation*** | William T. McKee, OBA 15305<br>RHODES, HIERONYMUS, JONES,<br>TUCKER & GABLE<br>P.O. Box 21100<br>Tulsa, OK 74121-1100<br>918-582-1173<br>918-592-3390 (f)<br>bmckee@rhodesokla.com<br>***Attorneys for Intervenor***<br>***Zurich American Insurance Company*** |

_____
Larry E. Finn