```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
                    WESTERN DISTRICT OF OKLAHOMA
 2

 3   GARY MYERS,

 4        Plaintiff,

 5   vs.                    Case No. CIV-20-864-RRW

 6   AMANPREET BHULLAR and
     BHULLAR TRANSPORTATION,
 7
          Defendants.
 8


 9


10              DEPOSITION OF GARY MYERS
            TAKEN ON BEHALF OF THE DEFENDANTS
11       ON OCTOBER 14, 2021, BEGINNING AT 10:01 A.M.
                IN OKLAHOMA CITY, OKLAHOMA
12


13


14                       APPEARANCES

15   On behalf of the PLAINTIFF:

16   Nathan D. Rex
     PARRISH DEVAUGHN
17   7 S. Mickey Mantle, Second Floor
     Oklahoma City, OK  73104
18   (405) 999-9000
     nate@parrishdevaughn.com
19


20   On behalf of the DEFENDANTS:

21   Grant Gibson
     DeWITT PARUOLO & MEEK, PLLC
22   705 N.W. 4th Street
     Oklahoma City, OK  73102
23   (405) 705-3600
     ggibson@46legal.com
24

25   REPORTED BY:  SUSAN K. McGUIRE, CSR, RPR
```

```
 1   left knee, is it still there, or has it resolved?
 2       A.   Very little.  It's -- I won't say it's
 3   resolved, but it is very minimal.
 4       Q.   Okay.  And then as far as your low back,
 5   that still hasn't resolved yet?
 6       A.   No, but it's -- it's better.  That's all I
 7   can say -- really say about it.
 8       Q.   Okay.  That's fair.  Are you making a lost
 9   wage claim relating to this accident?
10            MR. REX:  Form.
11            THE WITNESS:  I'm not sure.  I've lost a lot
12   of wages, but I'm not sure.
13       Q.   (BY MR. GIBSON)  Back when you were working
14   for J.B. Hunt, about how many hours were you working
15   per week?
16       A.   Before the accident?
17       Q.   Yes, sir.
18       A.   It varied, but probably close to 60.
19       Q.   And were you paid hourly at that time, or
20   how were you paid?
21       A.   Paid by the mile.
22       Q.   So it didn't matter if you worked 60 hours
23   or if you worked 40 hours, you just got paid by the
24   amount of miles you drove that pay period?
25       A.   Yes.
```